*STATE v. JACOB MANDERY.

TITLE TO PROPERTY WHETHER ORIGINALLY BELONGING TO THE STATE, SUBMITTED TO JURY.

> The state is not estopped to claim title to specific property included in, or part of, the original canal property of the state by the fact that taxes were assessed and collected thereon for an unbroken period of sixty years notwithstanding during which time neither the state nor any of its officials claimed or exercised any ownership thereof. The issue, therefore, is one of fact and should have been submitted to the jury.

ERROR to Hamilton common pleas.

**W. H. Ellis,** Atty. Gen., and **C. F. Williams,** for plaintiff in error.
**Renner & Renner** and **Eugene Heim,** for defendant in error.

.JELKE, P. J.

We are of opinion that the trial court erred in directing the verdict at the close of all the testimony.

The issue of fact as to whether the specific property was included in and part of the original canal property of the state should have been submitted to the jury—there was enough testimony to require this.

---

*Reversing *State* v. *Mandery,* 15 Dec 151 (3 O. L. R. 2).

State v. Mandery.

The court's view of the law was erroneous and not in accord with *State* v. *Railway*, 53 Ohio St. 189 [41 N. E. Rep. 205], *et seq.*

Judgment reversed.

**Giffen** and **Swing, JJ.,** concur.